AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 31 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the

Kim Blandino
_____
Petitioner

v.

Joseph Lombardo sheriff of
Clark county and
A.G. Aaron Ford Nevada
_____
Respondent
(name of warden or authorized person having custody of petitioner)

Case No. 2:22-cv-00170-RFB-NJK

Case No. _____
(Supplied by Clerk of Court)

FIRST AMENDED EMERGENCY

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Kim D. Blandino
   (b) Other names you have used: N/A

2. Place of confinement:
   (a) Name of institution: CCDC Incustody House Arrest Module
   (b) Address: 330 S Casino Center Blvd
       L.V. Nev 89101
   (c) Your identification number: 363075

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: N/A
   (b) Docket number of criminal case: C-19-341767-1
   (c) Date of sentencing: N/A
   ☐ Being held on an immigration charge
   ☐ Other (explain): Held on medium level house arrest
   module after being held on high level (punitive)
   house arrest prior to trial plus 50,000 bond

### Decision or Action You Are Challenging

5. What are you challenging in this petition?
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☒ Pretrial detention
❏ Immigration detention
❏ Detainer
❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
❏ Disciplinary proceedings
❏ Other *(explain):*     *N/A*

6.    Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: *Chief Judge Bill E. JDC refusal to File Habeas Petition ("Great Writ")*

(b) Docket number, case number, or opinion number: *N/A*

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed):* *Refusal to file Writ of Habeas Corpus ("Great Writ") Denial by Email of law clerk no written judicial decision*

(d) Date of the decision or action: *Jan 11, 2022 see Email Exhibit 2CF*

### Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes          ❏ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: *Nevada Supreme Court and COA*

(2) Date of filing: *1/9/20   9/10/20   1/13/22*

(3) Docket number, case number, or opinion number: *80363 and COA 81765 and COA*

(4) Result: *Denied Extraordinary relief*

(5) Date of result: *1/22/20 and 9/25/20 and 1/20/22*

(6) Issues raised: *Denial of right to have judge disqualified pursuant to Echavarria v Filson and Rippo v Baker and constitutional issues therein. Denial of right to file for the Great Writ in State Court and subsumed issues double jeopardy, denial of speedy trial, vindictive prosecution*

(b) If you answered "No," explain why you did not appeal: *N/A*

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☒ Yes          ❏ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: *Nev Sup Court and Court of Appeal*

(2)  Date of filing: *11/5/20*

(3)  Docket number, case number, or opinion number: *82502*

(4)  Result: *Denied*

(5)  Date of result: *3/5/21*

(6)  Issues raised: *Disquality a' judge per Echavarria and Rippo Id.*

(b)  If you answered "No," explain why you did not file a second appeal: *N/A*

9.  **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☑ Yes        ☐ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: *Nevada Supreme Court*

(2)  Date of filing: *1/13/22*

(3)  Docket number, case number, or opinion number: *84073*

(4)  Result: *Denied*

(5)  Date of result: *1/20/22*

(6)  Issues raised: *Denial of right to even file the Great Writ (after submission only get an email back) and subsumed issues, double jeopardy, denial of speedy trial, vindictive prosecution*

(b)  If you answered "No," explain why you did not file a third appeal: *N/A*

10.  **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes        ☐ No     *N/A*

If "Yes," answer the following:

(a)  Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes        ☐ No     *N/A*

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: *N/A*

(2) Case number: *N/A*

(3) Date of filing: *N/A*

(4) Result: *N/A*

(5) Date of result: *N/A*

(6) Issues raised: *N/A*

(b)   Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☐ No   *N/A*

If "Yes," provide:

(1) Name of court: *N/A*

(2) Case number: *N/A*

(3) Date of filing: *N/A*

(4) Result: *N/A*

(5) Date of result: *N/A*

(6) Issues raised: *N/A*

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:   *N/A*

11.   **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☐ No   *N/A*

If "Yes," provide:

(a)   Date you were taken into immigration custody: *N/A*

(b)   Date of the removal or reinstatement order: *N/A*

(c)   Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☐ No   *N/A*

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: *N/A*

(2) Case number: *N/A*

(3) Result: *N/A*

(4) Date of result: *N/A*

(5) Issues raised: *N/A*

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes          ☐ No   *N/A*

If "Yes," provide:

(1) Name of court: *N/A*

(2) Date of filing: *N/A*

(3) Case number: *N/A*

(4) Result: *N/A*

(5) Date of result: *N/A*

(6) Issues raised: *N/A*

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☐ No   *N/A*

If "Yes," provide:

(a) Kind of petition, motion, or application: *N/A*

(b) Name of the authority, agency, or court: *N/A*

(c) Date of filing: *N/A*

(d) Docket number, case number, or opinion number: *N/A*

(e) Result: *N/A*

(f) Date of result: *N/A*

(g) Issues raised: *N/A*

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.   State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Kim is being denied right to file the Great Writ in State Court under Article 1 Sec 9 of the U.S. Constitution and/or under the 14th Amendment and or under the 1st Amendment right to petition for redress

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

Kim had been representing himself and had his self-representation revoked and Kim's standby counsel was forced upon Kim against his will and over his objections, Kim had no choice but to file for the Great Writ. → Cont.

(b) Did you present Ground One in all appeals that were available to you?

☒ Yes        ☐ No

**GROUND TWO:** Subsumed issue: That Kim has the right to present pre-trial dispositive issues such as double jeopardy, denial of speedy trial and vindictive prosecution under the U.S. Constitution 5th and 14 Amendment

(a) Supporting facts *(Be brief. Do not cite cases or law.):* being

That Kim is not allowed to file anything in the state court Criminal Case C-19-341767 now that Kim has counsel forced upon him neither the State trial Court nor the NSC will allow Kim to file → cont.

(b) Did you present Ground Two in all appeals that were available to you?

☒ Yes        ☐ No

**GROUND THREE:** That Kim is being denied the religiously motivated right to self-representation under the 1st and 14th amendment of the US Constitution to present this issue in the Great Writ

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

That the Scriptures KJV require Kim when brought before officials for alleged wrongdoing to speak as the Holy Spirit gives Kim to speak in those moments. Cont →

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes        ☐ No  N/A

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**   _N/A_

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

_N/A_

(b)  Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No   _N/A_

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:   _Nevada Supreme, Court will not even demand that the district court issue a written, signed and filed order be done. Just relies on email denials_

**Request for Relief**

15.  State exactly what you want the court to do:   _To require the State court allow filing of Kim's Petition for Writ of Habeas Corpus (Great Writ) or in the alternative explain by way of findings of fact and conclusions of law, why Kim's Great Writ cannot be filed and be given any chance to cure the deficiencies._

_Or in the alternative to grant the Writ within a short period of time if the respondent refuses to comply and order Kim released from custody._

_Or in the alternative grant such other relief as is proper and just and speedy._

_Or in the alternative excuse any exhaustion and allow Kim to file a 2241 petition regarding grounds that are capable of relief in a 2241 pre-conviction petition!_

Continuation of Ground 1 2 and 3  supporting facts of First Amended Emergency Petition For a Writ of Habeas Corpus filed on Jan 31, 2022------

### 1. **FACTS SHOWING THE NATURE OF THE EMERGENCY AND OTHER FACTS**

2.     Kim is well known in Nevada and worldwide due to the internet for having sincere religious beliefs and practices as is documented in ***Blandino v State***  914 P.2d 624(1996)(cert denied (Kim was denied right to represent himself on appeal by that court as God wished Kim to do. That Kim was called by the Creator to investigate judicial corruption and misconduct in Clark County, Nevada. To be a unpaid volunteer [which means unofficial] investigator working with the Nevada Commission on Judicial Discipline NCJD. Now as of January 23, 2022 former judge Herndon now justice Herndon's reprehensible conduct in saying to Kim "if you want to act like an a**hole act like an a**hole for which he earned a letter of caution from the NCJD (upon Kim's complaint). and Senior Judge Bixler's disgusting antics are on full display. This video has in over 7 months has had 1 million 360 thousand      views with almost fifteen    hundred comments at https://www.youtube.com/watch?v=ui4JozqZkWk.  Many commenters are astounded how such judges can still be on the bench adjudicating and determining how people will live their lives for decades to come. Both Herndon and Bixler lend disrepute to the judiciary for the whole

world to see. Kim gets comments to respond to, from all over the world.

Aside from this court cam website on youtube, A&E aired this and

continually airs this on television to millions of viewers. Now This

above video is in its entirety part of the Most Viewed Moments of 2021.

With over 10 million views worldwide and 7,795 comments many

about                              Kim's                    case.                    See

https://www.youtube.com/watch?v=HZh30qUuD2I&t=316s          Many

worth listing here:


**Sloozer45**Regardless of what a character the defendant is, the
judge's behavior was highly unprofessional and likely infringed
on the litigants due process. That judge should have been
censured
 Levetta Brown
1 month ago
This judge was wrong. He violated this mans rights should be
censured.

tom serbaducci
1 month ago
We should all aspire to waste the courts time. Our legal system
is a joke
edgyerica
1 month ago
 @tom serbaducci  you're right about that one lol
Laura Walker
1 month ago
That judge was a disgrace, no one should be treated like that,
can you imagine it was you at court and you were treated like
that by the judge?
     That additionally Kim had a letter of caution issued by the NCJD against

former judge Bare (upon Kim's complaint) as a direct result of God calling

Kim to this task of investigating judicial corruption.

Kim is either in custody by Sheriff Lombardo("Lombardo") alone or by both
Lombardo and Judge Leavitt ("Leavitt") and chief judge Linda Bell ("Bell").
Kim is in custody by way of a house arrest module in violation of the
Constitution, laws or treaties of the United States and/or in violation of the
Constitution, laws or treaties of the State of Nevada for the grounds
contained herein below. That the Nevada Supreme Court ("NSC") has just
denied relief in Case No 84073 See Exhibit 1CF Order denying petition for
extraordinary relief. That this was filed after chief judge Bell denied filing a
petition for the Great Writ and said denial came only in an email. See Exhibit
2CF attached.

6.     Kim has been wrongfully rearrested 4 times between the city and the
       county and has gone through the "sleeping on concrete floor for days"
       and given meals for days with no toothbrush 4 separate times.

7.     As a result, Kim has not been 100% in his mental acuity for years now.
       Add to this the fact that Kim was incarcerated between CCDC and the
       City for over 32 days collectively Kim has not been able to do all the
       tasks that Kim has had to attend to even the necessary bodily functions
       and daily chores necessary to modern life.

8.     That Kim has been given charge by God to investigate, gather evidence
       and if necessary prosecute complaints against corrupt judges
       committing willful misconduct and has been doing so for many years
       now.

3.      Kim as a result of following his religious practice of seeking to resolve matters with the individual that offended or that was offended. Kim has been retaliated against. As a result a State District Court judge wrongfully declared Kim a vexatious litigant. Kim is also being vindictively prosecuted for a felony and gross misdemeanor.

4.      In seeking to resolve a matter of misconduct with a temporary judge for the City of Las Vegas, Michael Federico("Federico") retaliated against Kim and has initiated charges through the D.A's office for Extortion. Kim faces a possible 10 years in prison plus one year if convicted of the gross misdemeanor Case # C-19-341767.

5.      Kim sought emergency relief in the Nevada Supreme Court  on multiple occasions. Kim's cases that are all related are 79191, 79191-COA, 79524, 79524-COA, 80363, 80363-COA, 80541, 80541-COA, 80606, 80606-COA, 81327, 81327-COA, 81431, 81765, 81765-OA, 82034, 82034-COA, 82502 and now 83259 and 83472 83618 and 83958 84073.

Kim was first arrested on May 21, 2019 on the Extortion charges and was released on excessive bail and punitive house arrest about one week later. Kim was denied to appear at a pre arranged hearing with the City of Las Vegas while at the Clark County Detention Center ("CCDC") or to even communicate to avoid a bench warrant being issued. So, 4 days after Kim was released on house arrest Kim was arrested on the City bench warrants.

9.     That in accord with Kim's religious beliefs and practices Kim is
       required to contact the offending judge or justice and see if the offense
       can be resolved without having to file a complaint with the Nevada
       Commission on Judicial Discipline ("NCJD"). That Kim has followed
       this foregoing process with judges Bare, Herndon, Gonzalez, Bell,
       Scotti and alternate judge Michael Federico (Federico") for the City of
       Las Vegas Municipal Court and others.

10.    That the Creator did call Kim to immediately visit with Andrew
       Blandino   at U.C. Davis in California. That the NSC has repeatedly
       denied Kim that relief. That despite these repeated denials that the
       Creator did give Kim this **miracle** and Kim did see Andrew get his
       PhD on December 9, 2021 using corporeal sources to achieve this.


11.    That Kim has been orally ordered only to stay away from Michael
       Federico and Shannon Nordstrom by judge Leavitt. That judge Leavitt
       has issued other oral orders and willfully and maliciously refuses to
       make written signed and filed orders in violation of ***Debiparshad v***
       ***District Court*** 137 Nev., Adv Op 71 citing  ***Rust v. Clark Cty. Sch.***
       ***Dist.***, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987), Including that
       Leavitt has now orally only that Kim's right to represent himself is
       revoked and Leavitt has appointed Kim's stand by counsel Bennair
       Bateman as "full time" counsel. That as of Jan. 25, 2022 Bennair

Bateman's motion to withdraw as counsel has been denied, again without any written signed and filed order. See Exhibit 3CF Register of Actions.

12.   That Kim has had no choice but to file a federal lawsuit on July 2, 2021 against Michael Federico with Kim's statute of limitations running out. Case # 2:21-cv-01262-JAD-EJY Because Kim has been orally threatened with arrest and jailing for contacting Federico for any reason by various judges, Kim has been unable to serve or seek waiver of service under the FRCVP 4(d) where there is a duty to avoid unnecessary expenses. That although Kim has asked for an extension of time to serve the summons and complaint, Kim is being prejudiced by Leavitt's willful and malicious refusal to issue a written signed and filed order as to this issue.

13.   That Kim needs relief immediately and this court grant habeas so that Kim can get relief from Judge Bell through habeas in that collateral proceeding.

14.   Leavitt has over and over again refused to follow the dictates of ***Rust*** and this court has been forced to address this and order Leavitt to comply in many cases. Now on January 12, 2022 Leavitt has issued the written order revoking Kim's self representation. Yet Leavitt has still not issued a written signed and filed order regarding the stay away order named above. There has been no written order regarding the stay

away from Federico and Nordstrom. This order revoking self representation filed on 12/27/2021 is attached as Exhibit 1LC to Exhibit 3MR in Motion to reopen filed in Case #2:20-cv-02157-JAD-VCF . In fact Leavitt could easily have incorporated the stay away order within this order yet **refused to do so!** So the NSC's language that stated in Case 83958 that:

> "This court is confident that the district court will resolve all pending matters, by written order as appropriate, as expeditiously as the court's calendar permits." Order denying relief filed 12/23/21

This language rings completely hollow!!

15. That on January 10, 2022 Kim after much legal research and the NSC repeated statements to Kim that the Nevada Supreme Court was not a fact finding court Kim submitted a Petition for Writ of Habeas Corpus directly to chief judge Bell under NRS 34.360-34.680 and the U.S. Constitution. Kim being under a vexatious litigant order Kim must present any filing to the chief judge. This petition to chief judge Bell was attached to the petition to the NSC as Exhibit 4JEP of Exhibit 3MR here and was only submitted after Kim tried to get a judge appointed from another district without having to file a formal petition which is referenced in the petition as Kim sent a letter to judge Bell asking for her to do what she did in the Marlon Brown case that was referenced in that petition and ask for an assigned judge from outside the district.

16.     Kim asked  immediately to have written signed and filed orders. Kim cannot get relief from the state  court without a reviewable order, the Nevada Supreme Court  court has stated this over and over again. Moreover, Kim must now have this court forward this refusal by Leavitt to follow the **REVISED NEVADA CODE OF JUDICIAL CONDUCT** ("Code") Rule 2.5 which states:

> **Rule  2.5.    Competence, Diligence, and Cooperation.**
> (A) A judge shall perform judicial and **administrative duties competently and diligently.**
> (B)  A judge shall cooperate with other judges and court officials in the administration of court business. (emphasis added)

And Leavitt has violated Rule 2.5 and Kim requests that this court to forward immediately this to the Nevada Commission on Judicial Discipline ("NCJD") which is a judges's obligation under Rule 2.15 which states:

> **Rule 2.15.  Responding  to  Judicial  and  Lawyer Misconduct.**
> (A) A judge having knowledge that another judge has committed a violation of this Code that raises a substantial question regarding the judge's honesty, trustworthiness, or fitness as a judge in other respects shall inform the appropriate authority.
> (B) A judge having knowledge that a lawyer has committed a violation of the Nevada Rules of Professional Conduct that raises a substantial question regarding the lawyer's honesty, trustworthiness, or fitness as a lawyer in other respects shall inform the appropriate authority.
> (C) A judge who receives information indicating a substantial likelihood that another judge has committed a violation of this Code shall take appropriate action.
> (D) A judge who receives information indicating a substantial likelihood that a lawyer has committed a

              violation of the Nevada Rules of Professional Conduct shall take appropriate action.

17.     That as of the date of this writing the NSC has denied Emergency relief asked for by Kim in Case #84073 See Exhibit 1CF attached (order denying Petition For Extraordinary relief). That thankfully the NSC did treat this as an Emergency and did give Kim a decision 7 days after the petition was filed.

       That Kim has been taking care of Evelyn Pendergraft ("Evie") who is now 96 years of age since August 2, 2021 and is a WWII veteran whose husband died in 1999 and only son died in 2013 due to hospital malpractice. That Kim made a vow in 2013 to take care of this "Wonder Woman" and has been her house mate ever since to fully fulfill that vow. Evie helped both to defeat Hitler and Hillary (by different means of course). Evie now has a pacemaker and is in very much pain every day due to a back injury and arthritis in her knees. Yet she still soldiers forward like the trooper she is!

Evie knows all of the circumstances behind this prosecution that is really a persecution. Her health is being dramatically and negatively affected day after day due to the uncertainty and worry she experiences because of the constitutional violations Kim has experienced and what Evie sees as deliberate tormenting of Kim. Despite Kim's consistent glad countenance and the "happy warrior" attitude that all Christians have, as both a command and a gift from the Creator, Evie still worries about this situation and vindictive

prosecution of Kim and fears Kim unjustly and illegally going to jail every day by tyrannical authorities.

Evie heard the telephone call from the complaining witness Federico and the intended entrapment on or about April of 2019 and now her memory has faded such that she cannot withstand cross examination on the stand and her ability to be an effective witness is being compromised more and more each day. This fact torments Evie as well.

Yet Evie's health is Kim's emergency concern. Kim is very much concerned that Evie will not make it to 100 years of age if this "persecution" keeps on for much longer. if Evie survives to August 2, 2025 then Evie would receive a congratulatory letter from either then current President Trump or then President DeSantis. It is vital that this matter be resolved so that Evie's life is not cut short because of this unjust and vindictive prosecution that has now dragged on unjustly for over 2 and a half years . That even over these last weeks Evie's morale has suffered greatly and this latest denial by the NSC has further hit Evie's morale and her health has suffered. Kim told Evie that there was still hope with the federal district court, yet because of these repeated past court denials this does not offer the reassurance to Evie that Kim's statements of hope had in the past. This increased concern over Evie is affecting Kim negatively and is reducing Kim's ability and capacity to even prepare these documents. Kim is being greatly prejudiced. Kim must give Evie some real tangible hope in the form of some encouragement by this

court or the Ninth Circuit if this court fails to give relief.

Kim does not wish Evie to die prematurely yet this injustice is slowly robbing Evie of the will to live and without the will to live, Kim believes that Evie will not last long. Kim's sons Zachary and Andrew have both lost their maternal and paternal grandparents. They both have willingly adopted Evie as their adopted Grandmother and she has adopted them as her adopted grandsons. It would be nothing less that criminal  for the courts to be accessories to her premature death by refusing to act when clear manifest injustice is being done.

18. The NSC did take this emergency seriously and although did not grant relief the denial was fairly quick. Just as Judas did as Jesus asked when Jesus knew that Judas was going to betray Jesus. See John 13:27 KJV "And after the sop Satan entered into him. Then said Jesus unto him, That thou doest, do quickly." Therefore this court should give deference to this speedy determination  by the NSC Kim therefore needs quick and emergency action by this court.

19. That Kim has worked all weekend immediately after getting a copy of the NSC ruling and believes that the speed in getting this to this court is more important than the quality of this emergency motion. To use a term from the iconic TV show MASH Kim considers this "meatball surgery" to save lives. Kim must give

Evie real hope that Kim is doing everything possible to save her life.

20. That Kim has been denied the right to even file a petition for the Great Writ with the state Court in violation of the Constitution of the United States.

21. That because Nevada allows collateral proceedings of habeas parallel to the criminal case a writ will not interfere with the criminal proceedings and therefore ***Younger*** is not impacted. See memorandum filed contemporaneously with this petition

22.In the alternative Kim has the right to have his double jeopardy claim and denial of speedy trial claims to be adjudicated in a 2241 petition if the state court refuses to adjudicate or even deny Kim the right to file the Great Writ.

That Kim has filed an Emergency Motion to reopen in Case #2:20-cv-02157-JAD-VCF on January 24, 2022 and as of this writing Kim has had no response therefore Kim must engage the requirements of 28 U.S.C. Sec. 2243 by filing this emergency amended petition.

Therefore Kim needs emergency relief immediately   An Emergency Memorandum will follow.

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  *1/31/22*

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

# EXHIBIT 1CF

# EXHIBIT 1CF

IN THE SUPREME COURT OF THE STATE OF NEVADA

KIM BLANDINO,
Petitioner,
vs.
JOSEPH LOMBARDO, SHERIFF; THE
HONORABLE MICHELLE LEAVITT,
DISTRICT JUDGE; AND THE
HONORABLE LINDA MARIE BELL,
CHIEF JUDGE OF THE EIGHTH
JUDICIAL DISTRICT COURT,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 84073



FILED

JAN 20 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

*ORDER DENYING PETITION FOR EXTRAORDINARY RELIEF*

This is an original, pro se, emergency petition for extraordinary relief seeking (1) to compel the district court to enter a written order reflecting the no-contact comments it made during an August 24, 2021, hearing and (2) to file petitioner's habeas corpus petition, which apparently was rejected for filing on January 11, 2022, after pre-filing review pursuant to a vexatious litigant order.

Having reviewed the petition and supporting documentation, we are not convinced that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court,* 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court,* 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that writ

SUPREME COURT
OF
NEVADA

(O) 1947A

22-02060

relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition).  Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc:   Hon. Linda Marie Bell, Chief Judge
      Hon. Michelle Leavitt, District Judge
      Kim Blandino
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2

# EXHIBIT 2CF

# EXHIBIT 2CF

1/11/22, 7:23 PM                                                EarthLink Mail

# RE: here is emergency petition for habeas corpus filed with judge Bell

| | |
|---|---|
| **From:** | "Kim Blandino" <kim43792@earthlink.net> |
| **To:** | "Ray, Misha" <Dept07LC@clarkcountycourts.us> |
| **Subject:** | RE: here is emergency petition for habeas corpus filed with judge Bell |
| **Date:** | Jan 11, 2022 10:50 AM |

Misha:

As you know the writ of Habeas Corpus is also known as the Great Writ and that I am required to exhaust all state remedies prior to going to the federal court on a 2241 petition. Since I have been denied the right to file anything in case C-19-341767 I must file this petition under NRS 34.360-680. Ben has said he would not file any pre trial dispositive motions or motion to disqualify the D.A. Therefore I must file this habeas petition. The Nevada Supreme Court over and over again has said they are not a "fact finding body" So Kim filed here in the district court first. I intend to start immediately on an extraordinary writ petition to the NSC. As you well know they require a written signed and filed order to review. therefore I demand a written signed and filed order that has findings of fact and conclusions of law by chief judge Bell.

BELL MUST MAKE a WRITTEN SIGNED AND FILED ORDER as to the denial. To not do so would be a violation of the judicial code and her duty as chief judge. If Bell refuses to make such an order I will have no choice but to ask the NSC to mandate that Judge Bell do so. Becasue Kim must exhaust his state remedies Kim needs a record of this denial for the federal court as well. See  " The district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order are ineffective for any purpose and cannot be appealed. See:
Farnham v. Farnham, 80 Nev. 180 (https://casetext.com/case/farnham-v-farnham-6), 391 P.2d 26 (https://casetext.com/case/farnham-v-farnham-6) (1964); Musso v. Triplett, 78 Nev. 355 (https://casetext.com/case/musso-v-triplett), 372 P.2d 687 (https://casetext.com/case/musso-v-triplett) (1962)." Rust v. Clark Cty. School District, 103 Nev. 686, 689 (Nev. 1988)

Please email me back and tell me whether Bell intends to do a written order or not  ASAP.

I am starting on this Emergency petition right after this email is sent

Kim Blandino


-----Original Message-----
From: Ray, Misha
Sent: Jan 11, 2022 9:10 AM
To: 'Kim Blandino'
Cc: 'Melanie.mariand@clarkcountyda.com' , 'michael.dickerson@clarkcountyda.com' , Bennair Bateman (brb@brblv.com)
Subject: RE: here is emergency petition for habeas corpus filed with judge Bell

Mr. Blandino,

The attached petition is procedurally improper. As a result, the petition is rejected and may not be filed.

Thank you,

Misha Ray

EarthLink Mail

Law Clerk to the Honorable Linda Marie Bell
Department VII, Eighth Judicial District Court
Ph: (702) 671-4341
Fx: (702) 671-4343
Email: Dept07lc@clarkcountycourts.us


-----Original Message-----
From: Kim Blandino
Sent: Monday, January 10, 2022 10:53 AM
To: Melanie.marland@clarkcountyda.com; michael.dickerson@clarkcountyda.com; Ray, Misha ; brb@brblv.com
Subject: here is emergency petition for habeas corpus filed with judge Bell

[NOTICE: This message originated outside of Eighth Judicial District Court -- DO NOT CLICK on links or open
attachments unless you are sure the content is safe.]

# EXHIBIT 3CF

# EXHIBIT 3CF

Skip to Main Content Logout My Account Search Menu New District Criminal Search Refine Search Back     Location : District Court Criminal    Images Help

# REGISTER OF ACTIONS
## CASE NO. C-19-341767-1

| | | |
|---|---|---|
| State of Nevada vs Kim Blandino | § § § § § § § § § | Case Type: **Felony/Gross Misdemeanor** <br> Date Filed: **07/12/2019** <br> Location: **Department 12** <br> Cross-Reference Case Number: **C341767** <br> Defendant's Scope ID #: **363075** <br> Grand Jury Case Number: **18CGJ080x** <br> ITAG Case ID: **2212324** |

---

### PARTY INFORMATION

| | | |
|---|---|---|
| **Defendant** | **Blandino, Kim Dennis** | **Lead Attorneys** <br> **Bennair R. Bateman** <br> *Retained* <br> 702-650-0777(W) |
| **Plaintiff** | **State of Nevada** | **Steven B Wolfson** <br> 702-671-2700(W) |

---

### CHARGE INFORMATION

| Charges: Blandino, Kim Dennis | Statute | Level | Date |
|---|---|---|---|
| 1. EXTORTION | 205.320 | Felony | 04/08/2019 |
| 2. IMPERSONATION OF AN OFFICER | 199.430 | Gross Misdemeanor | 04/08/2019 |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 07/12/2019 | **Grand Jury Indictment** (11:00 AM) (Judicial Officer Bell, Linda Marie) |
| | Minutes |
| | Result: Matter Heard |
| 07/12/2019 | **Indictment** Doc ID# 1 |
| 07/12/2019 | **Warrant** Doc ID# 2 |
| 07/16/2019 | **Minute Order** (2:45 PM) (Judicial Officer Leavitt, Michelle) |
| | Minutes |
| | Result: Minute Order - No Hearing Held |
| 07/23/2019 | **Initial Arraignment** (8:30 AM) (Judicial Officer Leavitt, Michelle) |
| | Parties Present |
| | Minutes |
| | Result: Matter Heard |
| 07/25/2019 | **Minute Order** (10:30 AM) (Judicial Officer Leavitt, Michelle) |
| | Minutes |
| | Result: Minute Order - No Hearing Held |
| 07/25/2019 | **Ball Bond** Doc ID# 3 |
| 07/25/2019 | **Notice of Receipt of Bond Transfer** Doc ID# 4 |
| 07/27/2019 | **Reporters Transcript** Doc ID# 5 |
| 08/08/2019 | **Order Granting** Doc ID# 6 |
| 08/15/2019 | **Status Check** (8:30 AM) (Judicial Officer Leavitt, Michelle) <br> 08/15/2019, 08/29/2019 |
| | Parties Present |
| | Minutes |
| | Result: Matter Continued |
| 08/17/2019 | **Reporters Transcript** Doc ID# 7 |
| 08/27/2019 | **Recorders Transcript of Hearing** Doc ID# 8 |
| 09/09/2019 | **Recorders Transcript of Hearing** Doc ID# 9 |
| 09/09/2019 | **Notice of Motion** Doc ID# 11 |
| 09/10/2019 | **Status Check: Confirmation of Counsel** (8:30 AM) (Judicial Officer Bixler, James) <br> 09/10/2019, 09/17/2019 |
| | Parties Present |
| | Minutes |
| | *09/05/2019 Reset by Court to 09/10/2019* |
| | Result: Matter Continued |
| 09/11/2019 | **Recorders Transcript of Hearing** Doc ID# 10 |
| 09/17/2019 | **Motion to Remand** (8:30 AM) (Judicial Officer Leavitt, Michelle) |
| | Result: Referred to Competency Court |
| 09/17/2019 | **All Pending Motions** (8:30 AM) (Judicial Officer Leavitt, Michelle) |
| | Parties Present |

| | |
|---|---|
| | Minutes |
| | Result: Matter Heard |
| 09/26/2019 | **Media Request and Order**   Doc ID# 12 |
| 10/03/2019 | **Receipt of Copy**   Doc ID# 13 |
| 10/04/2019 | **Further Proceedings: Competency**  (10:00 AM) (Judicial Officer Marquis, Linda) |
| | Parties Present |
| | Minutes |
| | Result: Continued |
| 10/14/2019 | **Order**   Doc ID# 14 |
| 10/15/2019 | *CANCELED*  **Calendar Call**  (8:30 AM) (Judicial Officer Leavitt, Michelle) |
| | *Vacated - per Judge* |
| 10/21/2019 | *CANCELED*   **Jury Trial**  (10:30 AM) (Judicial Officer Leavitt, Michelle) |
| | *Vacated - per Judge* |
| | *10/22/2019 Reset by Court to 10/21/2019* |
| 10/21/2019 | **Reporters Transcript**   Doc ID# 15 |
| 10/21/2019 | **Reporters Transcript**   Doc ID# 16 |
| 10/21/2019 | **Reporters Transcript**   Doc ID# 17 |
| 10/21/2019 | **Reporters Transcript**   Doc ID# 18 |
| 10/21/2019 | **Reporters Transcript**   Doc ID# 19 |
| 10/21/2019 | **Reporters Transcript**   Doc ID# 20 |
| 10/21/2019 | **Reporters Transcript**   Doc ID# 21 |
| 11/01/2019 | **Further Proceedings: Competency**  (10:00 AM) (Judicial Officer Bell, Linda Marie) |
| | Parties Present |
| | Minutes |
| | Result: Continued |
| 11/12/2019 | **Recorders Transcript of Hearing**   Doc ID# 22 |
| 12/03/2019 | **Order**   Doc ID# 23 |
| 12/06/2019 | **Further Proceedings: Competency**  (10:00 AM) (Judicial Officer Bell, Linda Marie) |
| | Parties Present |
| | Minutes |
| | Result: Continued |
| 12/06/2019 | **Order**   Doc ID# 24 |
| 12/06/2019 | **Motion**   Doc ID# 25 |
| 12/11/2019 | **Recorders Transcript of Hearing**   Doc ID# 26 |
| 12/12/2019 | **Recorders Transcript of Hearing**   Doc ID# 27 |
| 12/13/2019 | **Motion to Disqualify Judge**   Doc ID# 28 |
| 12/16/2019 | **Affidavit**   Doc ID# 29 |
| 12/18/2019 | **Affidavit**   Doc ID# 30 |
| 12/20/2019 | **Further Proceedings: Competency**  (10:00 AM) (Judicial Officer Bell, Linda Marie) |
| | Minutes |
| | Result: Continued |
| 12/24/2019 | **Recorders Transcript of Hearing**   Doc ID# 31 |
| 01/03/2020 | **Further Proceedings: Competency**  (10:00 AM) (Judicial Officer Silva, Cristina D.) |
| | Parties Present |
| | Minutes |
| | Result: Continued |
| 01/22/2020 | **Competency Evaluations**   Doc ID# 32 |
| 01/23/2020 | **Decision and Order**   Doc ID# 33 |
| 01/24/2020 | **Further Proceedings: Competency**  (10:00 AM) (Judicial Officer Hardy, Joe) |
| | Parties Present |
| | Minutes |
| | Result: Referred to Lakes Crossing |
| 01/27/2020 | **Notice**   Doc ID# 34 |
| 01/29/2020 | **Order of Commitment Pursuant to NRS 178.425**   Doc ID# 35 |
| 02/12/2020 | **Recorders Transcript of Hearing**   Doc ID# 36 |
| 02/12/2020 | **Recorders Transcript of Hearing**   Doc ID# 37 |
| 03/24/2020 | **Competency Reports**   Doc ID# 38 |
| 04/03/2020 | *CANCELED*  **Further Proceedings: Competency-Return From Stein**  (10:15 AM) (Judicial Officer Bell, Linda Marie) |
| | *Vacated - On in Error* |
| 04/03/2020 | **Further Proceedings: Competency-Return From Lakes Crossing**  (10:15 AM) (Judicial Officer Bell, Linda Marie) |
| | Minutes |
| | Result: Found Competent |
| 04/09/2020 | **Findings of Competency**   Doc ID# 39 |
| 04/20/2020 | **Media Request and Order**   Doc ID# 40 |
| 04/22/2020 | **Recorders Transcript of Hearing**   Doc ID# 41 |
| 05/04/2020 | **Minute Order**  (9:15 AM) (Judicial Officer Leavitt, Michelle) |
| | Minutes |
| | Result: Minute Order - No Hearing Held |
| 05/05/2020 | *CANCELED*  **Further Proceedings: Return from Competency Court**  (12:00 PM) (Judicial Officer Leavitt, Michelle) |
| | *Vacated - per Judge* |
| 05/06/2020 | **Demand**   Doc ID# 42 |
| 05/07/2020 | **Motion to Disqualify Judge**   Doc ID# 43 |
| 05/20/2020 | **Change of Address**   Doc ID# 44 |
| 06/05/2020 | **Order**   Doc ID# 45 |
| 06/18/2020 | **Minute Order**  (11:45 AM) (Judicial Officer Leavitt, Michelle) |
| | Minutes |

| | Result: Minute Order - No Hearing Held |
|---|---|
| 06/23/2020 | *CANCELED* **Calendar Call** (8:30 AM) (Judicial Officer Leavitt, Michelle) |
| | *Vacated - per Judge* |
| 06/29/2020 | *CANCELED* **Jury Trial** (10:30 AM) (Judicial Officer Leavitt, Michelle) |
| | *Vacated - per Judge* |
| 07/01/2020 | **Status Conference** (11:30 AM) (Judicial Officer Barker, David) |
| | Parties Present |
| | Minutes |
| | Result: Matter Heard |
| 07/10/2020 | **Motion to Disqualify Judge**     Doc ID# 46 |
| 07/15/2020 | **Clerk's Notice of Hearing**     Doc ID# 47 |
| 07/20/2020 | **Notice of Expert Witnesses**     Doc ID# 48 |
| 07/24/2020 | **Motion in Limine**     Doc ID# 49 |
| 07/27/2020 | **Minute Order** (9:30 AM) (Judicial Officer Leavitt, Michelle) |
| | Minutes |
| | Result: Minute Order - No Hearing Held |
| 07/27/2020 | **Clerk's Notice of Hearing**     Doc ID# 50 |
| 07/28/2020 | *CANCELED* **Calendar Call** (10:15 AM) (Judicial Officer Leavitt, Michelle) |
| | *Vacated - per Judge* |
| | *08/04/2020 Reset by Court to 07/28/2020* |
| 08/03/2020 | **Decision and Order**     Doc ID# 51 |
| 08/04/2020 | *CANCELED* **Motion** (11:00 AM) (Judicial Officer Bell, Linda Marie) |
| | *Vacated* |
| | *08/04/2020 Reset by Court to 08/04/2020* |
| 08/04/2020 | **Certificate of Service**     Doc ID# 52 |
| 08/10/2020 | *CANCELED* **Jury Trial** (10:30 AM) (Judicial Officer Leavitt, Michelle) |
| | *Vacated - per Judge* |
| 08/11/2020 | **Motion in Limine** (10:15 AM) (Judicial Officer Leavitt, Michelle) |
| | Parties Present |
| | Minutes |
| | Result: Denied Without Prejudice |
| 08/11/2020 | **Motion to Reconsider**     Doc ID# 53 |
| 08/11/2020 | **Motion to Disqualify Judge**     Doc ID# 54 |
| 08/13/2020 | **Clerk's Notice of Hearing**     Doc ID# 55 |
| 08/18/2020 | **Status Check: Trial Setting** (10:15 AM) (Judicial Officer Leavitt, Michelle) |
| | Parties Present |
| | Minutes |
| | Result: Trial Date Set |
| 08/19/2020 | **Decision and Order**     Doc ID# 56 |
| 08/25/2020 | *CANCELED* **Motion** (11:00 AM) (Judicial Officer Bell, Linda Marie) |
| | *Vacated* |
| | *09/15/2020 Reset by Court to 08/25/2020* |
| 09/22/2020 | **Supplemental Witness List**     Doc ID# 57 |
| 10/02/2020 | **Demand**     Doc ID# 58 |
| 10/06/2020 | **Calendar Call** (10:15 AM) (Judicial Officer Leavitt, Michelle) |
| | Parties Present |
| | Minutes |
| | *10/06/2020 Reset by Court to 10/06/2020* |
| | Result: Vacated and Reset |
| 10/12/2020 | *CANCELED* **Jury Trial** (10:30 AM) (Judicial Officer Leavitt, Michelle) |
| | *Vacated - per Judge* |
| 11/06/2020 | **Notice of Motion**     Doc ID# 59 |
| 11/09/2020 | **Recorders Transcript of Hearing**     Doc ID# 60 |
| 11/16/2020 | **Opposition**     Doc ID# 61 |
| 11/17/2020 | **Motion** (10:15 AM) (Judicial Officer Leavitt, Michelle) |
| | **11/17/2020, 12/01/2020, 12/17/2020, 04/29/2021, 08/19/2021** |
| | Parties Present |
| | Minutes |
| | *04/13/2021 Reset by Court to 04/13/2021* |
| | *04/13/2021 Reset by Court to 04/20/2021* |
| | *04/20/2021 Reset by Court to 04/22/2021* |
| | *04/22/2021 Reset by Court to 04/29/2021* |
| | *06/29/2021 Reset by Court to 07/15/2021* |
| | *07/15/2021 Reset by Court to 08/19/2021* |
| | Result: Matter Continued |
| 11/24/2020 | *CANCELED* **Calendar Call** (12:00 PM) (Judicial Officer Leavitt, Michelle) |
| | *Vacated - per Judge* |
| 11/25/2020 | **Supplement**     Doc ID# 62 |
| 11/30/2020 | *CANCELED* **Jury Trial** (10:30 AM) (Judicial Officer Leavitt, Michelle) |
| | *Vacated - per Judge* |
| 11/30/2020 | **Notice**     Doc ID# 63 |
| 12/01/2020 | **Receipt of Copy**     Doc ID# 64 |
| 12/04/2020 | **Affidavit**     Doc ID# 65 |
| 12/21/2020 | **Notice**     Doc ID# 66 |

| Date | Entry | |
|---|---|---|
| 01/19/2021 | Notice | Doc ID# 67 |
| 02/26/2021 | Notice of Motion | Doc ID# 68 |
| 03/01/2021 | Clerk's Notice of Hearing | Doc ID# 69 |
| 03/08/2021 | Motion to Disqualify Judge | Doc ID# 70 |
| 03/09/2021 | Clerk's Notice of Hearing | Doc ID# 71 |
| 03/09/2021 | Notice | Doc ID# 72 |
| 03/15/2021 | Motion to Disqualify Judge | Doc ID# 73 |
| 03/16/2021 | Motion to Remand (12:30 PM) (Judicial Officer Leavitt, Michelle) | |

**03/16/2021, 04/29/2021, 08/19/2021, 08/24/2021**

Parties Present

Minutes

*04/22/2021 Reset by Court to 04/22/2021*

*04/22/2021 Reset by Court to 04/29/2021*

*06/29/2021 Reset by Court to 07/15/2021*

*07/15/2021 Reset by Court to 08/19/2021*

*10/07/2021 Reset by Court to 08/24/2021*

Result: Matter Continued

| Date | Entry | |
|---|---|---|
| 03/18/2021 | Clerk's Notice of Hearing | Doc ID# 74 |
| 03/22/2021 | Recorders Transcript of Hearing | Doc ID# 75 |
| 04/14/2021 | Motion to Disqualify Judge | Doc ID# 76 |
| 04/14/2021 | Clerk's Notice of Hearing | Doc ID# 77 |
| 04/14/2021 | Minute Order (8:10 AM) (Judicial Officer Bell, Linda Marie) | |

Minutes

Result: Minute Order – No Hearing Held

| Date | Entry | |
|---|---|---|
| 04/14/2021 | Notice of Change of Hearing | Doc ID# 78 |
| 04/15/2021 | Minute Order (7:45 AM) (Judicial Officer Leavitt, Michelle) | |

Minutes

Result: Minute Order – No Hearing Held

| Date | Entry | |
|---|---|---|
| 04/22/2021 | Motion to Disqualify Judge | Doc ID# 79 |
| 04/23/2021 | Minute Order (7:00 AM) (Judicial Officer Jones, Tierra) | |

Minutes

Result: Minute Order – No Hearing Held

04/26/2021   *CANCELED*   Motion (10:00 AM) (Judicial Officer Jones, Tierra)
*Vacated*

*04/15/2021 Reset by Court to 04/26/2021*

04/26/2021   *CANCELED*   Motion (10:00 AM) (Judicial Officer Jones, Tierra)
*Vacated*

*04/15/2021 Reset by Court to 04/26/2021*

04/26/2021   *CANCELED*   Motion (10:30 AM) (Judicial Officer Leavitt, Michelle)
*Vacated*

*04/27/2021 Reset by Court to 04/26/2021*

*04/27/2021 Reset by Court to 04/26/2021*

04/26/2021   Minute Order (4:00 PM) (Judicial Officer Jones, Tierra)

Minutes

Result: Minute Order – No Hearing Held

| Date | Entry | |
|---|---|---|
| 04/27/2021 | Clerk's Notice of Hearing | Doc ID# 80 |
| 04/29/2021 | Status Check: Trial Readiness (12:30 PM) (Judicial Officer Leavitt, Michelle) | |

*04/13/2021 Reset by Court to 04/22/2021*

*04/22/2021 Reset by Court to 04/29/2021*

Result: Off Calendar

04/29/2021   All Pending Motions (12:30 PM) (Judicial Officer Leavitt, Michelle)

Parties Present

Minutes

Result: Matter Heard

| Date | Entry | |
|---|---|---|
| 05/06/2021 | Motion to Disqualify Judge | Doc ID# 81 |
| 05/06/2021 | Clerk's Notice of Hearing | Doc ID# 82 |
| 05/11/2021 | Order | Doc ID# 83 |
| 05/13/2021 | *CANCELED*   Motion (10:30 AM) (Judicial Officer Allf, Nancy) | |

*Vacated*

*05/13/2021 Reset by Court to 05/13/2021*

| Date | Entry | |
|---|---|---|
| 05/13/2021 | Affidavit | Doc ID# 84 |
| 05/14/2021 | Affidavit | Doc ID# 85 |
| 05/19/2021 | Motion | Doc ID# 86 |
| 05/20/2021 | *CANCELED*   Motion (12:30 PM) (Judicial Officer Leavitt, Michelle) | |

*Vacated - On in Error*

*05/20/2021 Reset by Court to 05/20/2021*

| Date | Entry | |
|---|---|---|
| 05/20/2021 | Clerk's Notice of Hearing | Doc ID# 87 |
| 05/20/2021 | Motion to Strike | Doc ID# 88 |
| 05/20/2021 | Clerk's Notice of Hearing | Doc ID# 89 |
| 06/01/2021 | Minute Order (7:30 AM) (Judicial Officer Leavitt, Michelle) | |

Minutes

Result: Minute Order – No Hearing Held

06/24/2021   Minute Order (8:00 AM) (Judicial Officer Leavitt, Michelle)

|  | Minutes |
|  | Result: Minute Order – No Hearing Held |
| 07/12/2021 | **Minute Order** (8:00 AM) (Judicial Officer Leavitt, Michelle) |
|  | Minutes |
|  | Result: Minute Order – No Hearing Held |
| 07/13/2021 | **Certificate of Service**    Doc ID# 90 |
| 07/20/2021 | **Motion**    Doc ID# 91 |
| 07/20/2021 | **Supplement**    Doc ID# 92 |
| 07/20/2021 | **Clerk's Notice of Hearing**    Doc ID# 93 |
| 07/20/2021 | **Minute Order** (10:45 AM) (Judicial Officer Leavitt, Michelle) |
|  | Minutes |
|  | Result: Minute Order – No Hearing Held |
| 07/21/2021 | **Order**    Doc ID# 94 |
| 07/21/2021 | **Order**    Doc ID# 95 |
| 07/21/2021 | **Supplement**    Doc ID# 96 |
| 07/26/2021 | **Motion**    Doc ID# 97 |
| 07/26/2021 | **Motion**    Doc ID# 98 |
| 07/26/2021 | **Motion**    Doc ID# 99 |
| 07/26/2021 | **Clerk's Notice of Hearing**    Doc ID# 100 |
| 07/27/2021 | **Minute Order** (10:30 AM) (Judicial Officer Leavitt, Michelle) |
|  | Minutes |
|  | Result: Minute Order – No Hearing Held |
| 07/28/2021 | **Certificate of Service**    Doc ID# 101 |
| 08/02/2021 | **Ex Parte Motion**    Doc ID# 102 |
| 08/10/2021 | **Order Denying Motion**    Doc ID# 103 |
| 08/13/2021 | **Supplement**    Doc ID# 104 |
| 08/18/2021 | **Motion to Disqualify Judge**    Doc ID# 105 |
| 08/18/2021 | **Exhibits**    Doc ID# 106 |
| 08/18/2021 | **Exhibits**    Doc ID# 107 |
| 08/18/2021 | **Motion**    Doc ID# 108 |
| 08/18/2021 | **Exhibits**    Doc ID# 109 |
| 08/18/2021 | **Exhibits**    Doc ID# 110 |
| 08/18/2021 | **Exhibits**    Doc ID# 111 |
| 08/19/2021 | **Motion** (12:30 PM) (Judicial Officer Leavitt, Michelle) |
|  | **08/19/2021, 08/24/2021** |
|  | *06/29/2021 Reset by Court to 07/15/2021* |
|  | *07/15/2021 Reset by Court to 08/19/2021* |
|  | *10/07/2021 Reset by Court to 08/24/2021* |
|  | Result: Matter Continued |
| 08/19/2021 | **Motion to Strike** (12:30 PM) (Judicial Officer Leavitt, Michelle) |
|  | **08/19/2021, 08/24/2021** |
|  | *06/29/2021 Reset by Court to 07/15/2021* |
|  | *07/15/2021 Reset by Court to 08/19/2021* |
|  | *10/07/2021 Reset by Court to 08/24/2021* |
|  | Result: Matter Continued |
| 08/19/2021 | **Motion** (12:30 PM) (Judicial Officer Leavitt, Michelle) |
|  | **08/19/2021, 08/24/2021** |
|  | *08/03/2021 Reset by Court to 08/19/2021* |
|  | *10/07/2021 Reset by Court to 08/24/2021* |
|  | Result: Matter Continued |
| 08/19/2021 | **Motion** (12:30 PM) (Judicial Officer Leavitt, Michelle) |
|  | **08/19/2021, 08/24/2021** |
|  | *08/10/2021 Reset by Court to 08/19/2021* |
|  | *10/07/2021 Reset by Court to 08/24/2021* |
|  | Result: Matter Continued |
| 08/19/2021 | **Motion** (12:30 PM) (Judicial Officer Leavitt, Michelle) |
|  | **08/19/2021, 08/24/2021, 08/24/2021** |
|  | *10/07/2021 Reset by Court to 08/24/2021* |
|  | *10/07/2021 Reset by Court to 08/24/2021* |
|  | Result: Matter Continued |
| 08/19/2021 | **All Pending Motions** (12:30 PM) (Judicial Officer Leavitt, Michelle) |
|  | Minutes |
|  | Result: Matter Heard |
| 08/20/2021 | **Minute Order** (7:30 AM) (Judicial Officer Jones, Tierra) |
|  | Minutes |
|  | Result: Denied |
| 08/23/2021 | **Motion**    Doc ID# 112 |
| 08/23/2021 | **Clerk's Notice of Hearing**    Doc ID# 113 |
| 08/23/2021 | **Motion to Disqualify Judge**    Doc ID# 114 |
| 08/23/2021 | **Minute Order** (3:45 PM) (Judicial Officer Leavitt, Michelle) |
|  | Minutes |
|  | Result: Minute Order – No Hearing Held |
| 08/24/2021 | **Calendar Call** (12:30 PM) (Judicial Officer Leavitt, Michelle) |
|  | *08/24/2021 Reset by Court to 08/24/2021* |
| 08/24/2021 | **All Pending Motions** (12:30 PM) (Judicial Officer Leavitt, Michelle) |

Parties Present

Minutes

Result: Matter Heard

| | | |
|---|---|---|
| 08/25/2021 | **Recorders Transcript of Hearing** | Doc ID# 115 |
| 08/27/2021 | **Recorders Transcript of Hearing** | Doc ID# 116 |
| 08/30/2021 | *CANCELED* **Jury Trial** (9:00 AM) (Judicial Officer Leavitt, Michelle) | |
| | *Vacated - per Judge* | |
| 09/02/2021 | *CANCELED* **Motion** (12:00 PM) (Judicial Officer Leavitt, Michelle) | |
| | *Vacated - Moot* | |
| 09/20/2021 | **Motion** Doc ID# 117 | |
| 09/23/2021 | **Minute Order** (7:30 AM) (Judicial Officer Jones, Tierra) | |

Minutes

Result: Minute Order - No Hearing Held

| | | |
|---|---|---|
| 09/29/2021 | **Motion** Doc ID# 118 | |
| 09/29/2021 | **Supplement** Doc ID# 119 | |
| 09/29/2021 | **Motion** Doc ID# 120 | |
| 10/06/2021 | **Clerk's Notice of Hearing** Doc ID# 121 | |
| 10/06/2021 | **Affidavit** Doc ID# 122 | |
| 10/11/2021 | **Motion** Doc ID# 123 | |
| 10/13/2021 | **Affidavit** Doc ID# 124 | |
| 10/13/2021 | **Minute Order** (3:00 AM) (Judicial Officer Allf, Nancy) | |

Minutes

Result: Minute Order - No Hearing Held

| | | |
|---|---|---|
| 10/13/2021 | **Recorders Transcript of Hearing** | Doc ID# 125 |
| 10/13/2021 | **Recorders Transcript of Hearing** | Doc ID# 126 |
| 10/13/2021 | **Recorders Transcript of Hearing** | Doc ID# 127 |
| 10/13/2021 | **Recorders Transcript of Hearing** | Doc ID# 128 |
| 10/13/2021 | **Recorders Transcript of Hearing** | Doc ID# 129 |
| 10/13/2021 | **Recorders Transcript of Hearing** | Doc ID# 130 |
| 10/14/2021 | **Motion** (10:00 AM) (Judicial Officer Allf, Nancy) | |
| | *10/14/2021 Reset by Court to 10/14/2021* | |

Result: Denied

| | | |
|---|---|---|
| 10/14/2021 | **Motion** (10:00 AM) (Judicial Officer Allf, Nancy) | |

Result: Denied

| | | |
|---|---|---|
| 10/14/2021 | **Order** Doc ID# 131 | |
| 10/14/2021 | **Order Denying Motion** Doc ID# 132 | |
| 10/14/2021 | **All Pending Motions** (10:00 AM) (Judicial Officer Allf, Nancy) | |

Parties Present

Minutes

Result: Matter Heard

| | | |
|---|---|---|
| 10/15/2021 | **Order Denying Motion** Doc ID# 133 | |
| 10/22/2021 | **Acknowledgment** Doc ID# 134 | |
| 11/01/2021 | **Recorders Transcript of Hearing** Doc ID# 135 | |
| 11/09/2021 | *CANCELED* **Settlement Conference** (1:30 PM) (Judicial Officer Cherry, Michael A.) | |
| | *Vacated* | |
| | *11/10/2021 Reset by Court to 11/09/2021* | |
| 11/12/2021 | **Settlement Conference** (1:00 PM) (Judicial Officer Cherry, Michael A.) | |

Result: Not Settled

| | | |
|---|---|---|
| 11/18/2021 | **Entry of Plea** (12:00 PM) (Judicial Officer Leavitt, Michelle) | |

Parties Present

Minutes

Result: Matter Heard

| | | |
|---|---|---|
| 11/19/2021 | **Entry of Plea** Doc ID# 137 | |
| 11/22/2021 | **Motion to Disqualify Judge** Doc ID# 138 | |
| 11/22/2021 | **Motion** Doc ID# 139 | |
| 11/22/2021 | **Motion** Doc ID# 140 | |
| 11/23/2021 | **Objection** Doc ID# 141 | |
| 11/23/2021 | **Clerk's Notice of Hearing** Doc ID# 142 | |
| 11/23/2021 | **Clerk's Notice of Hearing** Doc ID# 143 | |
| 11/23/2021 | **Motion** Doc ID# 144 | |
| 11/23/2021 | **Order to Show Cause** Doc ID# 145 | |
| 11/23/2021 | **Minute Order** (3:00 AM) (Judicial Officer Jones, Tierra) | |

Minutes

Result: Motion Denied

| | | |
|---|---|---|
| 11/29/2021 | **Motion** Doc ID# 146 | |
| 11/29/2021 | **Motion to Disqualify Judge** Doc ID# 147 | |
| 11/29/2021 | **Motion to Strike** Doc ID# 148 | |
| 11/30/2021 | **Calendar Call** (12:00 PM) (Judicial Officer Leavitt, Michelle) | |
| | **11/30/2021, 12/02/2021** | |

Parties Present

Minutes

*11/30/2021 Reset by Court to 11/30/2021*

*12/02/2021 Reset by Court to 12/02/2021*

Result: Matter Continued

| | | |
|---|---|---|
| 11/30/2021 | *CANCELED* **Hearing** (8:30 AM) (Judicial Officer Jones, Tierra) | |
| | *Vacated* | |
| 12/01/2021 | **Recorders Transcript of Hearing** Doc ID# 149 | |

| | |
|---|---|
| 12/02/2021 | **Motion to Strike** (1:00 PM) (Judicial Officer Leavitt, Michelle) |
| | *12/02/2021 Reset by Court to 12/02/2021* |
| | *12/07/2021 Reset by Court to 12/02/2021* |
| | Result: Matter Heard |
| 12/02/2021 | **Motion** (1:00 PM) (Judicial Officer Leavitt, Michelle) |
| | **12/02/2021, 12/07/2021** |
| | *12/02/2021 Reset by Court to 12/02/2021* |
| | *12/07/2021 Reset by Court to 12/02/2021* |
| | Result: Matter Continued |
| 12/02/2021 | **Motion to Disqualify Judge      Doc ID# 150** |
| 12/02/2021 | *CANCELED*  **Minute Order** (3:00 AM) (Judicial Officer Jones, Tierra) |
| | *Vacated - On in Error* |
| 12/02/2021 | **Minute Order** (3:00 AM) (Judicial Officer Jones, Tierra) |
| | Minutes |
| | Result: Minute Order – No Hearing Held |
| 12/02/2021 | **Motion to Disqualify Judge      Doc ID# 151** |
| 12/02/2021 | **All Pending Motions** (1:00 PM) (Judicial Officer Leavitt, Michelle) |
| | Parties Present |
| | Minutes |
| | Result: Matter Heard |
| 12/03/2021 | **Order      Doc ID# 152** |
| 12/06/2021 | *CANCELED*  **Jury Trial** (10:30 AM) (Judicial Officer Leavitt, Michelle) |
| | *Vacated - per Judge* |
| 12/07/2021 | *CANCELED*  **Motion** (12:00 PM) (Judicial Officer Leavitt, Michelle) |
| | *Vacated - Set in Error* |
| 12/07/2021 | **Status Check: Trial Setting** (12:00 PM) (Judicial Officer Leavitt, Michelle) |
| | Parties Present |
| | Minutes |
| | Result: Trial Date Set |
| 12/07/2021 | **Recorders Transcript of Hearing      Doc ID# 153** |
| 12/27/2021 | **Order Granting Motion      Doc ID# 154** |
| 01/11/2022 | **Motion to Withdraw As Counsel      Doc ID# 155** |
| 01/12/2022 | **Clerk's Notice of Hearing      Doc ID# 156** |
| 01/25/2022 | **Motion to Withdraw as Counsel** (12:00 PM) (Judicial Officer Leavitt, Michelle) |
| | Parties Present |
| | Result: Denied |
| 02/22/2022 | **Calendar Call** (12:00 PM) (Judicial Officer Leavitt, Michelle) |
| | *02/22/2022 Reset by Court to 02/22/2022* |
| 02/28/2022 | **Jury Trial** (10:30 AM) (Judicial Officer Leavitt, Michelle) |

---

**FINANCIAL INFORMATION**

---

| | | | | |
|---|---|---|---|---|
| | **Defendant** Blandino, Kim Dennis | | | |
| | Total Financial Assessment | | | 18.00 |
| | Total Payments and Credits | | | 18.00 |
| | **Balance Due as of 01/29/2022** | | | **0.00** |
| | | | | |
| 02/18/2020 | Transaction Assessment | | | 4.50 |
| 02/18/2020 | Payment (Window) | Receipt # 2020-09781-CCCLK | Chris Cave | (4.50) |
| 06/23/2021 | Transaction Assessment | | | 11.50 |
| 06/23/2021 | Payment (Window) | Receipt # 2021-39203-CCCLK | Blandino, Kim D | (11.50) |
| 07/20/2021 | Transaction Assessment | | | 2.00 |
| 07/20/2021 | Payment (Window) | Receipt # 2021-44996-CCCLK | Blandino, Kim D | (2.00) |